STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Robert Irby Baudouin
Blue, Williams, LLP
3421 North Causeway, 9th Fl
Metairie LA 70002

**REHEARING ACTION: December 17, 2014**

**Docket Number: 14   00261-CA**

**GLORIA VALLARE, ET AL.**
**VERSUS**
**VILLE PLATTE MEDICAL CENTER, ET AL.**

**Appealed from Evangeline Parish Case No. 72711-A**

<u>**BEFORE JUDGES**</u>:

    **Hon. J. David Painter**
    **Hon. James T. Genovese**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ville Platte Medical Center** has this day been

    **DENIED.**

cc: Charles Andrew O'Brien, III, Counsel for the Appellee
    Derrick G. Earles, Counsel for the Appellee
    Lawrence J. Centola, III, Counsel for the Appellee